

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,475-01

### EX PARTE MATHEW DAVID LOZOYA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F46837-A IN THE 18TH DISTRICT COURT
### FROM JOHNSON COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. We filed and set the cause on March 16, 2022. According to the record, Applicant entered a guilty plea on October 7, 2013. The Court would like the transcript of that plea and any on-the-record discussions that took place at the time of that plea. Therefore, the court reporter is ordered to transcribe that plea hearing if it has not been, and to forward the transcription to the district clerk of the county of conviction within 30 days of the date of this order. If the proceedings of that plea were not recorded, then the reporter shall certify that fact and forward the certification to the district clerk within the same time period. The district clerk shall immediately thereafter forward to this Court the transcript

of the plea hearing or the certification that no record was made.

The district clerk shall also immediately serve the reporter in Applicant's case with a copy of this order.

Filed: November 21, 2022
Do not publish